315

**No. 55040.**—H. Muehlstein & Co. *v.* United States, protests 133671–K, etc. (Buffalo).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55041.**—Alliance Rubber Co. *v.* United States, protest 136648–K (Buffalo).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55042.**—European Chemical & Metal Co. *v.* United States, protest 151782–K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55043.**—F. E. Macartney *v.* United States, protest 124902–K (Duluth).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of byproduct feeds similar in all material respects to those the subject of *E. C. Lineiro* v. *United States* (37 C. C. P. A. 10, C. A. D. 411), the claim of the plaintiff was sustained.

**No. 55044.**—McKesson & Robbins, Inc. *v.* United States, protest 128957–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the merchandise, issues, and facts are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protest was sustained to this extent.